IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ALBERT SAVIOR, #147913**                                  **PETITIONER**

**VERSUS**                          **CIVIL ACTION NO. 4:09-cv-93-TSL-LRA**

**JIM HOOD**                                           **RESPONDENT**

FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 13th day of October, 2009.

                                       /s/Tom S. Lee
                                       UNITED STATES DISTRICT JUDGE